```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
SARAS RAMAN, as Mother and Natural       :
Guardian of J.L., an Infant,             :
                    Plaintiff,           :
                                         :                    ORDER
v.                                       :
                                         :                    21 CV 1525 (VB)
SIMONE M. ABBOTT, CMN, a/k/a SIMONE      :
M. SPENCER, CNM,                         :
                    Defendant.           :
--------------------------------------------------------------x
```

On September 16, 2020, plaintiff commenced this action in Supreme Court, Kings County, and on February 19, 2021, defendant removed this action to the Southern District of New York. (Doc. #1). On February 22, 2021, the Court issued an order instructing defendant to show cause in writing why this case should not be transferred to the Eastern District of New York, which appears to be the only judicial district to which this case could be properly removed under 28 U.S.C. § 1441(a). (Doc. #2).

On February 26, 2021, defendant acknowledged this case should be transferred to the Eastern District of New York. (Doc. #4).

Accordingly, it is HEREBY ORDERED:

Pursuant to 28 U.S.C. § 1406(a), the Clerk of Court is instructed to transfer this case to the United States District Court for the Eastern District of New York.

Dated: February 26, 2021
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge